IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KEVIN HUGHES,         No. C 09-4511 SI

    Plaintiff,        **JUDGMENT**

  v.

RESIDENTIAL MORTGAGE CAPITAL, *et al.*,

    Defendant.

      /

In an order filed March 17, 2010, the Court dismissed plaintiff's claim under the Truth in Lending Act, 15 U.S.C. § 1601 *et seq.*, without leave to amend, and remanded plaintiff's state law claims to state court. The Court hereby enters judgment against plaintiff on the TILA claim only.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: March 17, 2010

                                        SUSAN ILLSTON
                                        United States District Judge